John Williams 1148061
**Name, Prisoner ID #**

SSN: ███-0709

DLM CJC 300 N. Denver
**Address**

Tulsa, OK 74103

**FILED**

JAN 1 6 2015

Phil Lombardi, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

John Edgar Williams III , **Plaintiff(s)**
(Full Name)

v.

Sheriff Cpl. Dennis Miller 732, **Defendant(s)**

Tulsa Sheriff's Office

Case No. 15 CV-028 JED - FHM
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO 42 U.S.C. §1983**

## A.  PARTIES

1)  John Williams , is a citizen of Oklahoma
    (Plaintiff)                                   (State)

    who presently resides at David L. Moss Criminal Justice Center
    (mailing address or place of confinement)

    300 N. Denver Tulsa, OK 74103

2)  Defendant Dennis Miller, badge 732 is a citizen of
    (Name of first defendant)

    Tulsa, Oklahoma , and is employed
    (City, State)

    as a Corporal and booking officer within Tulsa jail.
    (Position and title, if any)

    At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law?   Yes ☒ No ☐
    If your answer is "Yes", briefly explain: Cpl. Dennis Miller 732 was escorting inmates to and from their units, and working booking.

complain.cr (5/30/97)                                                                                   Page 4

3) Defendant __Tulsa Sheriffs Office__ is a citizen of
(Name of second defendant)

__Tulsa, Oklahoma__, and is employed
(City, State)

as __the people who conducts operation of Tulsa jail__.
(Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐.
If your answer is "Yes", briefly explain:

__Dennis Miller, badge 732 is a sheriff employed within the jail.__

[You may attach one additional page (8½" x 11") to furnish the above information for additional defendants.]

**B.   JURISDICTION**

1) Jurisdiction is asserted pursuant to: (Check one)
   ☒ 42 U.S.C. §1983 (applies to state prisoners)

   ☐ *Bivens v Six Unknown Named Agents of Fed. Bureau of Narcotics.* 403 U.S. 388 (1971) and 28 U.S.C. §1331 (applies to fed. prisoners)

2) Jurisdiction also in invoked pursuant to 28 U.S.C. §1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

**C.   NATURE OF CASE**

1) Briefly state the background of your case. __Between the hours of 6:00 a.m. and 8:00 a.m., I was assaulted by Corporal Miller, 732 (5/17/14). He tazed me for refusing to pick up an empty inhaler that I dropped on the floor. Then I was cuffed and forced to pick it up.__

**D.   CAUSE OF ACTION**

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: [If necessary, you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.]

   a   (1)   Count I: __Cpl. Miller used excessive force against me. This wasn't a situation where__

        (2)    Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

This incident occurred on May 17, 2014. Between 6: a.m. and 8:00 a.m..

b    (1)    Count II:

When my body locked up and I fell to the floor, my back was hurt. And when I was cuffed behind my back,

        (2)    Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

The surveillance recordings from May 17, 2014 would verify my complaint. Also, the

c    (1)    Count III:

As I were being tazed, I urinated on myself. I was humiliated for seeking medical care.

        (2)    Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

In the booking holding cell, was a camera. While I was held in there, I

## E.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒

If your answer is "Yes", describe each lawsuit. *[If there is more than one lawsuit, describe this each additional lawsuit using the same format on a blank sheet of paper which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF."]*

    a)      Parties to previous lawsuit:

           Plaintiffs: _____
           Defendants: _____

    b)      Name and Location of Court and docket number _____
_____

    c)      Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

    d)      Issues raised _____

    e)      Approximate date of filing lawsuit _____

    f)      Approximate date of disposition _____

2)      I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. Yes ☐ No ☐.
If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.
_____
_____

3)      I have exhausted available administrative remedies  Yes ☒ No ☐.

If your answer is "Yes" briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No" briefly explain why administrative remedies were not exhausted.
*I've filed multiple grievances pertaining to this matter. And I have spoken to superior officers.*

## F.    PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1)      If you are proceeding under 28 U.S.C. §1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. *[If there is more that one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet of paper which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."]*

    a)      Parties to previous lawsuit:

   Plaintiffs: _____
   Defendants: _____

 b)   Name and Location of Court and docket number _____
_____

 c)   Grounds for dismissal: [ ] frivolous   [ ] malicious   [ ] failure to state a claim upon which relief may be granted.

 d)   Approximate date of filing lawsuit _____

 e)   Approximate date of disposition _____

2)   Are you in imminent danger of serious physical injury? ☐ Yes No ☐. If your answer is "Yes" please describe the facts in detail below without citing legal authority or argument. _____
_____

## G.   REQUEST FOR RELIEF

1)   I believe that I am entitled to the following relief: $10,000.00 from Dennis Miller, 732. $250,000.00 from the Tulsa Sheriffs Office. And, a refund of everything that has been charged from inmate account.

_____     *John Williams III*
Original Signature of Attorney (if any)     Original Signature of Petitioner

_____
_____
_____

**Attorney's full address and telephone number**

## DECLARATION UNDER PENALTY OF PERJURY

 The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at  David L. Moss Criminal Justice Center  on  1/6/15  .
      (Location)          (Date)

                *John Williams*

D. Cause of Action

a. (1) Count 1 (continued): force was necessary. I never made any aggressive threats or movements. When he pulled out his taser I asked him a question. I asked why would he taze me for not picking up the inhaler. He didn't answer me, he tazed me. And I believe he tazed me for too long, even though I wasn't supposed to be tazed anyhow. I pleaded for him to stop a few times as he continued, and the other two officers watched. I do not know their names. I requested their names but I was never told.

Before I was tazed, I was on my way to get a breathing treatment. Operations opened the exterior slider for me to go to medical. On the way there, Cpl. Miller told me to go back to my unit, and he escorted me back, followed by the other two officers. He said I couldn't walk the hall without an escort. I told him my intentions of getting to medical, and requested for one of them to take me. Cpl. Miller said no and told me that I would now have to wait for another escort. Before the slider shut, I tossed my inhaler to the floor. The officers turned back and the slider reopened. Cpl. Miller told me to pick up the inhaler and I refused. He pulled out the taser, I put up my hands, and he tazed me.

(2) Supporting Facts (continued): D.O. Bagby was the pod officer who can confirm that I was tazed. He also logged me out to go to medical, so he would also

be able to confirm the date and time. Surveillance.

b (1) Count 2 (continued): Cpl. Miller demanded that I better pick the inhaler up. I informed him that my back was hurt and I had permanent knee damage, and that I couldn't pick it up. Especially while still cuffed behind the back. He grabbed me and forced me to pick it up anyways. Then Cpl. Miller instructed one of the other officers to take me to the booking nurse. I told her my back was hurt and I still needed a breathing treatment. She said I was talking to the wrong person. When I got to medical, they gave me a new inhaler, and said they'll schedule me for an appointment about my back. They never have. After that they took me to a holding cell in booking, and kept me there into the next shift. Finally someone escorted me back to my unit.

b (2) Supporting facts (continued): booking nurse would have documented the date and time I arrived. Medical would have documented when I was issued a new inhaler. And D.O. Bagby signed me back into the pod because he worked overtime that day. So the sign in sheet for May 17, 2014 would have the time I returned to the unit.

C (2) supporting facts (continued): rinsed the urine from the front tail of my shirt. Also, when I returned to the unit, D.O. Bagby allowed me to shower and wash my clothes. It will be on surveillance as well.

# Request Report

Printed: 12/02/2014 14:00:5(

Selection Criteria:

Inmate Number: 1148061
Stamp: 05/17/2014 13:59:57 to 12/02/2014 13:59:57

| Request Number: | 820306 | Status: CLOSED | | |
|---|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR | |
| **Stamp** | **User** | **Action** | **Detail** | |
| 05/17/2014 03:20 pm | | ORIGINAL REQUEST: | EARLIER TODAY ONE OF THE DEPUTIES, CORPORAL MAYBE, UNLAWFULLY TAZED ME. I DIDNT PERFORM ANY VIOLENT ACTS, OR MAKE ANY THREATS. HE WAS ACCOMPANIED BY ANOTHER D.O. AND DEPUTY. WHEN I GET THEIR NAMES, I WILL GIVE THEM TO THE SUPERIORS AND MY ATTORNEY... HE TAZED ME FOR ASKING A QUESTION ABOUT MY ASTHMA DISTRESS WHEN I WAS SUPPOSED TO BE GOING TO GET A BREATHING TREATMENT. IF THE REST OF THE SHERIFFS FEEL LIKE THAT WAS OKAY, THIS JAILS HA: SOME FOUL ISSUES. RACIAL, DISCRIMINATION, I DON' KNOW. BUT I DO KNOW IT WASNT RIGHT. AND I HAVE WITNESSES. | |
| 05/18/2014 05:23 pm | | INMATE RESPONSE: | AND THE OTHER TWO OFFICERS FAILED TO REPORT THE EXCESSIVE USE OF FORCE, THAT SHOULDVE NEVER TOOK PLACE ANYWAY. | |
| 05/18/2014 08:46 pm | | INMATE RESPONSE: | I WOULD LIKE CHIEF MCCOY TO KNOW ABOUT THIS. | |
| 05/21/2014 03:20 am | treed | CLOSED: | John....Who was th officer who tazed you...also we have no chief Mc Coy in our department...Sgt Reed | |

| Request Number: | 821729 | Status: CLOSED | | |
|---|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR | |
| **Stamp** | **User** | **Action** | **Detail** | |
| 05/21/2014 11:32 am | | ORIGINAL REQUEST: | I DONT KNOW WHO IT WAS THAT TAZED ME, IM TRYING TO FIND OUT. AND I WANT TO KNOW THE OTHER TWO OFFICERS WHO PARTICIPATED IN THE ASSAULT. WHOEVER PUT ME IN THE HEAD LOCK WHEN I DROPPED HAS MY NECK SORE. AND I HAVE A CUT AND BRUISE ON MY WRIST FROM THE CUFFS THAT WERE EXTREMELY TIGHT. | |
| 05/21/2014 08:32 pm | | INMATE RESPONSE: | SO WHAT DO I NEED TO DO? SHOULD I HAVE SOMEONE TALK TO SGT REED? SATURDAY MORNING IS WHEN THIS INCIDENT HAPPENED. | |
| 05/22/2014 01:12 am | treed | CLOSED: | John ...You need to be talking to the day shift supervisors....that is the shift on which this occurred...Sgt Reed | |
| 06/04/2014 02:27 pm | gdaulton | FLAG CHANGED | FLAGGED AS FAVORABLE | |

| Request Number: | 822155 | Status: CLOSED | | |
|---|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR | |
| **Stamp** | **User** | **Action** | **Detail** | |
| 05/22/2014 11:57 am | | ORIGINAL REQUEST: | CAN I HAVE CORPORAL MILLERS BADGE NUMBER AN[D] FIRST NAME PLEASE?... | |
| 05/23/2014 11:45 am | | INMATE RESPONSE: | NEVER MIND. | |
| 05/28/2014 08:28 am | mbrown | CLOSED: | <NO COMMENT GIVEN> | |

Page 1 of 1

| Request Number: | 822482 | Status: CLOSED | |
|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 05/23/2014 06:14 am | | ORIGINAL REQUEST: | CORPORAL MILLER IS THE PERSON WHO TAZED ME SATURDAY MORNING. 732 IS HIS BADGE NUMBER... HE USED EXCESSIVE FORCE, CRUEL AND UNUSUAL PUNISHMENT, AND I WENT THROUGH THE EMBARRASSMENT OF PISSING MYSELF... |
| 05/27/2014 04:27 pm | jpirtle | RESPONSE: | Who is CPL Miller? Who does he work for? |
| 05/28/2014 03:44 am | dknauss | RESPONSE: | I am going to forward this to booking. CPL. Miller works in booking. |
| 05/28/2014 03:44 am | dknauss | GROUP ASSIGNED CHANGED TO BOOKING | |
| 05/28/2014 06:08 am | | INMATE RESPONSE: | OK. THANK YOU. |
| 05/28/2014 08:32 am | mbrown | RESPONSE: | I have forwarded a paper copy of this request to the midnight shift supervisor Sgt. Fickett |
| 05/28/2014 03:26 pm | mbrown | CLOSED: | <NO COMMENT GIVEN> |

| Request Number: | 825870 | Status: CLOSED | |
|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 06/01/2014 07:19 pm | | ORIGINAL REQUEST: | PINK LEMONADE |
| 06/06/2014 09:45 am | jlunsford | CLOSED: | <NO COMMENT GIVEN> |

| Request Number: | 828673 | Status: CLOSED | |
|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 06/08/2014 04:49 pm | | ORIGINAL REQUEST: | I NEED 1X BOXERS AND A T SHIRT, 3X. |
| 06/10/2014 02:00 pm | | INMATE RESPONSE: | AND 3X STRIPES, 1X BOTTOMS. THANKS |
| 06/12/2014 11:58 am | | INMATE RESPONSE: | AND A BED SHEET PLEASE. |
| 06/28/2014 09:53 am | mfillmore | CLOSED: | filled |

| Request Number: | 832211 | Status: CLOSED | |
|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 06/17/2014 02:01 pm | | ORIGINAL REQUEST: | I NEED A 3X STRIPE TOP, 1X BOTTOM, XL BOXERS, SIZE 12 SHOWER SHOES, AND A BED SHEET. THANK U... |
| 06/29/2014 12:16 pm | mfillmore | CLOSED: | filled |

| Request Number: | 833155 | Status: CLOSED | |
|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR |

| Stamp | User | Action | Detail |
|---|---|---|---|

| Stamp | User | Action | Detail |
|---|---|---|---|
| 06/19/2014 03:17 pm | | ORIGINAL REQUEST: | MAY 17TH 2014 BETWEEN THE HOURS OF 6AM AND 8AM, CPL. MILLER UNLAWFULLY TAZED ME FOR REFUSING TO PICK UP AN EMPTY INHALER. HE TAZED ME FOR SEVERAL SECONDS AS I PLEADED FOR HIM TO STOP, I PISSED MYSELF, AND AFTER BEING CUFFED I WAS STILL FORCED TO PICK UP THE INHALER. I WAS SUPPOSED TO BE GOING TO MEDICAL THAT MORNING TO TAKE A BREATHING TREATMENT. INSTEAD I GOT TAZED AND RECIEVED A NEW INHALER. I DIDNT DO ANYTHING TO PROVOKE MILLER TO ASSAULT ME... I REPORTED THIS ON A GRIEVANCE OR TWO ON THE DAY IT HAPPENED AND DUE TO SLOW RESPONSES, DAYS AFTERWARDS. SOMETHING HAS TO GIVE. |
| 06/24/2014 01:38 pm | smorataya | RESPONSE: | Your case is being investigated. |
| 06/24/2014 01:39 pm | smorataya | CLOSED: | <NO COMMENT GIVEN> |

| Request Number: | 836342 | Status: CLOSED | |
|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 06/27/2014 07:14 pm | | ORIGINAL REQUEST: | 3 |
| 07/02/2014 03:05 pm | jlunsford | CLOSED: | <NO COMMENT GIVEN> |

| Request Number: | 838106 | Status: CLOSED | |
|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 07/02/2014 11:12 am | | ORIGINAL REQUEST: | SPRITE |
| 07/02/2014 03:23 pm | jlunsford | CLOSED: | <NO COMMENT GIVEN> |

| Request Number: | 842098 | Status: CLOSED | |
|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 07/12/2014 10:48 am | | ORIGINAL REQUEST: | I NEED A COUPLE MOTIONS FILED, HOW DO I DO IT? |
| 07/19/2014 12:03 pm | | INMATE RESPONSE: | HOW DO I COMMUNICATE WITH MY CONFLICT ATTORNEY FROM THIS CPU? HE IS NOT A PUBLIC DEFENDER THO. |
| 07/22/2014 06:21 am | awright | CLOSED: | I DO NOT THINK YOU CAN COMMUNICATE WITH YOUR ATTORNEY THROUGH THE COMPUTER HERE AT THE JAIL.  YOUR ATTORNEY SHOULD BE TO SEE YOU ON OR BEFORE YOUR COURT DATE.  IF YOU NEED TO GET HOLD OF YOUR ATTORNEY TRYCALLING HIM OR HAVE A FAMILY MEMBER GET HOLD OF HIM. |

| Request Number: | 842179 | Status: CLOSED | |
|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 07/12/2014 01:26 pm | | ORIGINAL REQUEST: | HOW DO I COMMUNICATE WITH MY CONFLICT ATTORNEY FROM THIS CPU? |
| 07/14/2014 06:08 am | gdaulton | CLOSED: | <NO COMMENT GIVEN> |

| Request Number: | 847907 | Status: CLOSED | | |
|---|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | | WILLIAMS, JOHN EDGAR |
| Stamp | User | Action | | Detail |
| 07/26/2014 09:23 pm | | ORIGINAL REQUEST: | | I NEED INFO ON THE CRAWFORD CONFRONTATION CLAUSE. AND, OFFICE OF STATE CHIEF MEDICAL EXAMINER VS. REEVES, 2012 OKLAHOMA CRIMINAL, CASE 10... THANK YOU |
| 08/07/2014 06:16 am | CAVEARY | CLOSED: | | PLEASE PROVIDE CITES TO INFO REQUESTING |

| Request Number: | 848515 | Status: CLOSED | |
|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR |
| Stamp | User | Action | Detail |
| 07/28/2014 05:48 pm | | ORIGINAL REQUEST: | NEED XL BOXERS, 3X STRIPES, PAIR OF SOCKS, AND BED SHEET. THANK YOU... |
| 08/09/2014 02:58 pm | | INMATE RESPONSE: | AND 3X T SHIRT |
| 08/11/2014 12:04 pm | | INMATE RESPONSE: | PLEASE... |
| 08/15/2014 01:03 pm | mfillmore | CLOSED: | filled |

| Request Number: | 848516 | Status: CLOSED | |
|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR |
| Stamp | User | Action | Detail |
| 07/28/2014 05:49 pm | | ORIGINAL REQUEST: | I NEED A COPY OF ALL MY GRIEVANCES SINCE 5.17.2014 PLEASE. THANK YOU... |
| 08/11/2014 12:04 pm | | INMATE RESPONSE: | PLEASE.. |
| 08/11/2014 07:42 pm | | INMATE RESPONSE: | I REALLY NEED IT SOON. |
| 09/20/2014 01:20 am | dengland | RESPONSE: | WHY? |
| 09/25/2014 10:13 pm | | INMATE RESPONSE: | LETS BE FAIR ABOUT THE SITUATION. MAY I ASK WHO IM SPEAKING TO? |
| 09/27/2014 01:04 am | dengland | RESPONSE: | CPL ENGLAND |
| 09/27/2014 06:26 pm | | INMATE RESPONSE: | IM EXHAUSTING REMEDIES IN REFERENCE TO MY GRIEVANCES. IVE BEEN VIOLATED BY A DEPUTY AND IM SEEKING RELIEF. |
| 10/02/2014 02:05 am | dengland | RESPONSE: | YOU NEED TO GET WITH YOUR ATTORNEY ON THIS |
| 10/02/2014 02:05 am | dengland | CLOSED: | <NO COMMENT GIVEN> |

| Request Number: | 849661 | Status: CLOSED | |
|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR |
| Stamp | User | Action | Detail |
| 07/31/2014 12:47 pm | | ORIGINAL REQUEST: | HOW WOULD I GO ABOUT HAVING MY SPIRITUAL ADVISOR TO COME SEE ME? SOMEONE SAID THERE IS A CLASS FOR THEM TO TAKE. BUT I RATHER RECIEVE THE ACCURATE INFORMATION FROM THE PERSONS IN CONTROL. THANK YOU... |
| 08/01/2014 08:15 am | cbradshaw | CLOSED: | He can come visit you once with a check on him but if more them that Ill need info. to clear him.... |

| Request Number: | 850397 | Status: CLOSED | | |
|---|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR | |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 08/02/2014 12:05 pm | | ORIGINAL REQUEST: | SO WOULD THEY HAVE TO CALL YOU, OR COME UP HERE AND ASK FOR YOU? |
| 08/04/2014 08:01 am | cbradshaw | CLOSED: | What do you need so Ill know what resources to bring or send... |

| Request Number: | 851050 | Status: CLOSED | | |
|---|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR | |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 08/04/2014 03:21 pm | | ORIGINAL REQUEST: | I PREFER TO ACTUALLY HAVE CONGIENIAL VISITS LIKE OTHERS. IM NOT LOOKING FOR SPECIFIC MATERIALS. THANKS. |
| 08/05/2014 09:30 am | cbradshaw | CLOSED: | Ill send a chaplain to talk to you A.S.A.P. |

| Request Number: | 851557 | Status: CLOSED | | |
|---|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR | |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 08/05/2014 06:59 pm | | ORIGINAL REQUEST: | I GUESS IM NOT UNDERSTOOD. NEVERMIND. THANKS ANYWAY. |
| 08/06/2014 08:54 am | cbradshaw | CLOSED: | <NO COMMENT GIVEN> |

| Request Number: | 854224 | Status: CLOSED | | |
|---|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR | |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 08/12/2014 03:17 pm | | ORIGINAL REQUEST: | I NEED 3X T SHIRT, 3X STRIPES, XL BOXERS AND A BED SHEET... THANX... |
| 09/08/2014 12:58 pm | mfillmore | CLOSED: | filled |

| Request Number: | 856320 | Status: CLOSED | | |
|---|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR | |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 08/17/2014 03:16 pm | | ORIGINAL REQUEST: | ON MAY 17, 2014 DUING THE MORNING HOUR THIS INMATE WAS TAZED BY CPL. MILLER BETWEEN 6A.M. AND 8A.M.. THE POD OFFICER D.O. BAGBEY WAS PRESENT AND WITNESSED THE INCIDENT. I WOULD LIKE FOR YOU TO GET HIS STATEMENT AND SIDE OF STORY. THANK YOU... |
| 08/18/2014 01:54 pm | vcollett | CLOSED: | That incident is being investigated. |

| Request Number: | 860138 | Status: CLOSED | | |
|---|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR | |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 08/26/2014 05:33 pm | | ORIGINAL REQUEST: | HOW LONG DOES THE PROCESS TAKE? |
| 09/05/2014 02:25 pm | vcollett | CLOSED: | <NO COMMENT GIVEN> |

| Request Number: | 861893 | | Status: CLOSED | |
|---|---|---|---|---|
| Inmate Number: | 1148061 | | Inmate Name: | WILLIAMS, JOHN EDGAR |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 08/30/2014 01:44 pm | | ORIGINAL REQUEST: | NEED A COPY OF THE GRIEVANCES A FILED SINCE MAY,5TH 2014. THANK YOU |
| 09/02/2014 11:45 am | | INMATE RESPONSE: | MAY 17TH 2014 IS WHAT I MEANT. |
| 09/20/2014 01:22 am | dengland | CLOSED: | ALREADY PUT IN REQ FOR THIS |

| Request Number: | 862368 | | Status: CLOSED | |
|---|---|---|---|---|
| Inmate Number: | 1148061 | | Inmate Name: | WILLIAMS, JOHN EDGAR |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 08/31/2014 07:59 pm | | ORIGINAL REQUEST: | I BEEN TO MEDICAL TWICE TODAY BECAUSE I WAS SHORT OF BREATH. I WAS DENIED A BREATHING TREATMENT, AND WHEN I REQUESTED ANOTHER INHALER I WAS ALSO DENIED. YESTURDAY I TURNED IN MY EMPTY INHALER, NOW I DONT HAVE SHIT BUT A PAIR OF TIRED ASS LUNGS. IM TIRED OF MEDICAL FUCKING ME OVER. I DONT NEED NO DAMN SICK CALL. I NEED RELIEF WHEN IM IN DISTRESS. WITHIN THE 2 AND A HALF YEARS OF ME BEING HERE, IVE EXHAUSTED MY GRIEVANCE REMEDIES MULTIPLE TIMES. LET ME KNOW IF I SHOULD TALK TO A CIVIL ATTORNEY. I DONT KNOW WHO TRAINED SOME OF THE NURSES AND D.O.S THAT ACT LIKE NURSES, BUT I DO KNOW MY LUNGS AINT RIGHT. I WAS BORN LIKE THIS, 27 YEARS OLD. I KNOW WHATS UP WITH MY BODY. MY LUNGS NEED RELIEF. I NEED A NEW INHALER AND I NEED MY BREATHING TREATMENTS BACK. AND SOMEONE NEEDS TO NOTIFY THE NURSES THAT A RESCUE INHALER IS NOT FOR PRIMARY USE, ITS FOR EMERGENCY. THATS WHY ITS CALLED RESCUE INHALER. BREATHING TREATMENTS ARE FOR PRIMARY USE. THANX... |
| 09/01/2014 01:28 am | jpirtle | GROUP ASSIGNED CHANGED | TO MEDICAL |
| 09/01/2014 05:05 pm | nursestation | RESPONSE: | Thank You . Your Request has been seen . SJ RN |
| 09/01/2014 05:27 pm | nursestation | RESPONSE: | Your issue was addressed with the Medical provider 8-31-14. You have already been informed that you will not receive another keep on person inhalor. If you feel you need a breathing treatment ,you can come down to medical to be assessed.  Thank You . SJ RN |
| 09/02/2014 11:44 am | | INMATE RESPONSE: | I PREFER TO ADDRESS THIS ISSUE TO THE HEAD DOCTOR. |
| 09/03/2014 02:45 pm | kloehr | RESPONSE: | The physician is responsible for ordering medication. The physician did not order any medication on 8-31-2014. Please attend pill call to receive your current prescription. Thank you |
| 09/03/2014 02:45 pm | kloehr | CLOSED: | <NO COMMENT GIVEN> |
| 09/03/2014 03:27 pm | | INMATE APPEAL: | ITS ALL GOOD. |
| 10/07/2014 04:51 pm | EMENDENHALL | CLOSED: | <NO COMMENT GIVEN> |

| Request Number: | 864211 | | Status: CLOSED | |
|---|---|---|---|---|
| Inmate Number: | 1148061 | | Inmate Name: | WILLIAMS, JOHN EDGAR |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 09/04/2014 06:18 pm | | ORIGINAL REQUEST: | YEA |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 09/05/2014  11:34 am | jlunsford | CLOSED: | <NO COMMENT GIVEN> |

| | | | |
|---|---|---|---|
| Request Number: | 865643 | Status: CLOSED | |
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 09/08/2014  11:43 am | | ORIGINAL REQUEST: | YEA |
| 09/10/2014  08:15 am | oliveraj | CLOSED: | <NO COMMENT GIVEN> |

| | | | |
|---|---|---|---|
| Request Number: | 866628 | Status: CLOSED | |
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 09/10/2014  01:14 pm | | ORIGINAL REQUEST: | EVERY SINCE CPL. MILLER 732 TAZED ME, IVE BEEN HAVING ISSUES WITH MY BACK. I TALKED TO THE GOOD PEOPLE OF MEDICAL ALREADY. NOW IM REPORTING THIS INCIDENT ONCE AGAIN SINCE I HAVE NOT RECIEVED ANY RESPONSE TO OTHER GRIEVANCES. HE TAZED ME FOR REFUSING TO PICK UP AN EMPTY INHALER. I MUST HAVE FELL A CERTAIN WAY, OR MAYBE MY BACK WAS DAMAGED WHEN I WAS FLOPPING AROUND ON THE FLOOR FOR SEVERAL SECONDS, AS HE CONTINUED TO TAZE ME. THIS HAPPENED MAY 17, 2014... |
| 09/11/2014  04:52 am | dknauss | RESPONSE: | I will forward this to booking since Cpl. Miller works over there. |
| 09/11/2014  04:52 am | dknauss | GROUP ASSIGNED CHANGED | TO BOOKING |
| 09/11/2014  09:20 pm | | INMATE RESPONSE: | OKAY |
| 09/19/2014  02:51 pm | | INMATE RESPONSE: | WHATS CPL. MILLERS FIRST NAME. I ALREADY HAVE HIS BADGE NUMBER. |
| 09/21/2014  11:23 am | mbrown | RESPONSE: | Dennis Miller.  Every use of force here is reported and reviewed to determine if the action was justified.  Cpl. Miller will go before a board on your use of force |
| 09/21/2014  11:23 am | mbrown | CLOSED: | <NO COMMENT GIVEN> |

| | | | |
|---|---|---|---|
| Request Number: | 866629 | Status: CLOSED | |
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 09/10/2014  01:16 pm | | ORIGINAL REQUEST: | I NEED A PAIR OF SIZE LARGE SHOWER SHOES, 3X STRIPES, 1X BOTTOM... THANK YOU... |
| 09/24/2014  12:43 pm | | INMATE RESPONSE: | PLEASE |
| 09/29/2014  01:43 pm | mfillmore | CLOSED: | filled |

| | | | |
|---|---|---|---|
| Request Number: | 873140 | Status: CLOSED | |
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 09/25/2014  10:14 pm | | ORIGINAL REQUEST: | ??? |
| 10/01/2014  09:20 am | ekitch | CLOSED: | <NO COMMENT GIVEN> |

| Request Number: | 873281 | Status: CLOSED | | |
|---|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR | |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 09/26/2014 11:44 am | | ORIGINAL REQUEST: | VANILLA CUPCAKES. CAN WE PUT THOSE BACK ON COMMISSARY? I MISS EM... HOT FRIES TOO. |
| 09/26/2014 07:37 pm | dbennett | RESPONSE: | Thank you for your suggestion, we will consider it |
| 09/26/2014 07:37 pm | dbennett | CLOSED: | <NO COMMENT GIVEN> |

| Request Number: | 874000 | Status: CLOSED | | |
|---|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR | |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 09/28/2014 01:12 pm | | ORIGINAL REQUEST: | JUST PURCHASED 10 DOLLAR PHONE TIME AND ITS NOT SHOWING UP. |
| 09/29/2014 12:05 pm | dpresa | CLOSED: | shows credited. thanks |

| Request Number: | 874375 | Status: CLOSED | | |
|---|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR | |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 09/29/2014 01:46 pm | | ORIGINAL REQUEST: | OKAY. AT 12 19 YESTURDAY I ORDERED 10 DOLLAR PHONE TIME. IT NEVER SHOWED UP. I ORDERED ANOTHER 10 DOLLAR PHONE CARD AT 1 44 YESTURDAY, AND I RECIEVED THAT ONE. BUT THE OTHER 10 DOLLAR PHONE TIME IS STILL NOT ON MY PHONE ACCOUNT. YOU CAN VIEW MY CALL LOG, I ONLY USED 3 LOCAL CALLS YESTURDAY. IM MISSING 10 DOLLARS. THANK YOU FOR THE QUICK RESPONSE |
| 09/30/2014 12:27 pm | dpresa | CLOSED: | I will put in for credit on this today. Thanks |

| Request Number: | 874658 | Status: CLOSED | | |
|---|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR | |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 09/29/2014 08:51 pm | | ORIGINAL REQUEST: | YEA |
| 10/01/2014 02:21 pm | jlunsford | CLOSED: | <NO COMMENT GIVEN> |

| Request Number: | 874659 | Status: CLOSED | | |
|---|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR | |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 09/29/2014 08:51 pm | | ORIGINAL REQUEST: | SPRITE |
| 10/03/2014 12:59 pm | jlunsford | CLOSED: | <NO COMMENT GIVEN> |

| Request Number: | 883832 | Status: CLOSED | | |
|---|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR | |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 10/20/2014 12:19 pm | | ORIGINAL REQUEST: | I NEED A 3X STRIPE TOP, XL BOTTOM, AND SIZE 12 SHOES. THANK U |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 10/20/2014 06:09 pm | | INMATE RESPONSE: | AND A LAUNDRY BAG PLEASE... |
| 10/22/2014 08:33 am | mfillmore | CLOSED: | filled |

| Request Number: | 884539 | Status: CLOSED | |
|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 10/21/2014 06:19 pm | | ORIGINAL REQUEST: | CAN I PLEASE HAVE A COPY OF ALL THE GRIEVANCES IVE FILED SINCE MAY 17TH 2014 |
| 11/03/2014 02:40 am | dengland | CLOSED: | YOU NEED TO MAKE A REQ TO OUR RECORDS DEPT. |

| Request Number: | 889554 | Status: CLOSED | |
|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 11/02/2014 12:15 pm | | ORIGINAL REQUEST: | PAIR OF SOCKS, 3X T SHIRT, 3X TOP, XL BOTTOM, AND A BED SHEET PLEASE. |
| 11/04/2014 01:40 pm | | INMATE RESPONSE: | AND A LAUNDRY BAG PLEASE. |
| 11/10/2014 11:23 am | mfillmore | CLOSED: | filled |

| Request Number: | 893271 | Status: CLOSED | |
|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 11/10/2014 10:19 pm | | ORIGINAL REQUEST: | I HAVE PERMANENT KNEE DAMAGE AND A BOTTOM BUNK RESTRICTION AND I AM BEING FORCED TO MOVE TO THE BOTTOM BUNK. THEN THEY SAID MY BOTTOM BUNK RESTRICTION EXPIRED. HOW DOES THAT HAPPEN. IM PERMANENTLY INJURED. I CANT CLIMB AND JUMP UP AND DOWN. |
| 11/11/2014 06:05 am | dknauss | RESPONSE: | I am going to forward this to the medical department. |
| 11/11/2014 06:05 am | dknauss | GROUP ASSIGNED CHANGED TO MEDICAL | |
| 11/11/2014 11:00 am | kloehr | RESPONSE: | Please put in a sick call to be evaluated by a provider. FJ |
| 11/11/2014 11:01 am | kloehr | CLOSED: | <NO COMMENT GIVEN> |

| Request Number: | 897244 | Status: CLOSED | |
|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 11/19/2014 03:54 pm | | ORIGINAL REQUEST: | I WAS THINKING OF SEVERAL ITEMS THAT WOULD BE APPRECIATED ON COMMISSARY. HOT CHEETOS, VANAILLA CUPCAKES, MURRAYS SPORTING WAVES FOR HAIR, DO RAGS, OYSTERS, CRAB MEAT, PICKLES BOTH HOT AND DILL, HOT FRIES, DENTAL FLOSS, ADIDAS SHOWER SHOES, AND ILL ADD SOME MORE WHEN I THINK OF MORE ITEMS WE WOULD HIGHY APPRECIATE ON CANTEEN... THANK YOU...ILY |
| 11/20/2014 08:54 am | dbennett | RESPONSE: | Thank you for your suggestions, we will consider them |
| 11/20/2014 08:54 am | dbennett | CLOSED: | <NO COMMENT GIVEN> |

| Request Number: | 901804 | Status: OPEN | |
|---|---|---|---|
| Inmate Number: | 1148061 | Inmate Name: | WILLIAMS, JOHN EDGAR |

| Stamp | User | Action | Detail |
|---|---|---|---|
| 12/01/2014  03:35 pm | | ORIGINAL REQUEST: | I NEED A 3X TOP, 1X BOTTOM, AND A BED SHEET PLEASE. |

## Certificate of Service

I hereby certify that a copy of the foregoing pleading/document was mailed to Clerk Of The Court at 333 West Fourth Street, Room 4-411 on January 13th, 2015.

[Notary seal: Gregory Walter, Notary, No. 14008589, Exp. 9-23-18, State of Oklahoma]

01/13/2015

_____
(signature)

Williams, J 1148061
DLM CJC
300 N Denver Avenue
Tulsa, OK 74103

RECEIVED
JAN 16 2015
Phil Lombardi, Clerk
U.S. DISTRICT COURT

15 CV - 028 JED - FHM

RECEIVED
JAN 16 2015
Phil Lombardi, Clerk
U.S. DISTRICT COURT

CLERK OF THE COURT
United States District Court
333 West Fourth Street, Room 4-411
Tulsa, OK 74103-3819

neopost
01/15/2015
US POSTAGE $005.80
ZIP 74127
041L1220372B

postmark
1/15/15
8¢